# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| YAHMII BALOGUN UHURU *Plaintiff* v. UNITED STATES PAROLE COMMISSION *Defendant* | Civil Action No. 09-0566 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: that summary judgment is granted in favor of the defendant and the action is dismissed;

that Judgment is hereby entered in favor of the defendant, U.S. PAROLE COMMISSION, against the plaintiff, YAHMII BALOGUN UHURU.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Richard J. Leon on a motion for summary judgment filed by defendant.

Date: 08/26/2010

ANGELA D. CAESAR, CLERK OF COURT

Kenneth Cockrell
*Signature of Clerk or Deputy Clerk*